Probation Form No. 35
(12/2016)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2022
Nathan Ochsner, Clerk

## United States District Court
## for the
## Southern District of Texas

United States of America

Versus

**Abby Telge**

Criminal Case: **2:17CR00735-011**

On April 13, 2020 this defendant was placed on Supervised Release for 5 years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from Supervised Release.

Respectfully submitted:

**Rodolfo Gonzalez Jr.**
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from Supervised Release, and these proceedings are terminated.

Signed   December 16, 2022    at Corpus Christi, Texas.

**Nelva Gonzales Ramos**
United States District Judge